W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant, XIONG VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN VANG, JERRY HER,<br>TRAVIS CHIENG, and XIONG VANG,<br><br>Defendants. | Case No 1:11-CR-379 AWI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESCHEDULE**<br>**SENTENCING HEARING**<br><br><br><br><br>COURT: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Grant B. Rabenn, Counsel for Plaintiff, and W. Scott Quinlan, attorney for Defendant, that the sentencing hearing currently set for May 7 at 10:00 a.m. in the above-captioned court be rescheduled to May 21, 2012 at 10:00 a.m.

THERE IS GOOD CAUSE for this continuance in that the probation officer and defense counsel, due to calendar conflicts, cannot have Mr. Vang transported from Lerdo for his presentence interview with probation within the next two weeks. Probation has arranged to have him transported to Fresno on Wednesday March 28, 2012. The continuance of sentencing for two weeks is necessary in order to give the probation officer sufficient time to write the presentence report.

Dated: March 6, 2012        /s/ W. Scott Quinlan
                            W. Scott Quinlan, Attorney for
                            Defendant, XIONG VANG

Dated: March 6, 2012        /s/ Grant B. Rabenn
                            Grant B. Rabenn,
                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 6, 2012        _____
                            CHIEF UNITED STATES DISTRICT JUDGE