Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | XIONG VANG |
| **Docket Number:** | 1:11CR00379-04 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/21/2012 |
| **Original Offense:** | 18 USC 371, Conspiracy to Possess Counterfeit Postal Keys (CLASS D FELONY) |
| **Original Sentence:** | 18 months Bureau of Prisons; 36 months supervised release; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) Drug/alcohol testing; 5) Computer inspection; 6) Community service |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/07/2013 |
| **Assistant U.S. Attorney:** | Grant B. Rabenn     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | W. Scott Quinlan     **Telephone:** (559) 442-0634 |
| **Other Court Action:** | None |

RE: Xiong Vang
Docket Number: 1:11CR00379-04 AWI
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On June 7, 2013, the offender was released from custody at which time his term of supervision commenced.

The offender was released to his parent's residence; however, due to the number of individuals residing at the location, his parents are not able to accommodate him at this time. It was determined there are no other viable housing options at this time. It was agreed that a placement in a residential re-entry center would be appropriate and conducive to the offender's overall well-being. Such a modification would provide a stable housing, job placement assistance and life skills needed to transition back into the community. The offender voluntarily accepted the proposed modification and has signed Probation Form 49a, Waiver of Hearing to Modify Conditions, which is provided for the Court's review.

**RE:    Xiong Vang**
   **Docket Number:  1:11CR00379-04 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON**
**United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**      June 19, 2013
               Fresno, California
               RCT


**REVIEWED BY:**    /s/ Robert A. Ramirez
                    **ROBERT A. RAMIREZ**
                    **Supervising United States Probation Officer**

**RE:    Xiong Vang
        Docket Number:  1:11CR00379-04 AWI
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

_____

**THE COURT ORDERS:**

( **X** )    Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:


IT IS SO ORDERED.

Dated:    June 21, 2013                             _____
                                                    SENIOR  DISTRICT  JUDGE